**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 19-CR-20118-MOORE

UNITED STATES OF AMERICA

      Plaintiff,

v.

DESMAR AKINS, JR.,

      Defendant.

_____ /

## **REPORT AND RECOMMENDATION ON SUPERVISED RELEASE VIOLATION**

**THIS CAUSE** has been referred to the undersigned to take all necessary and proper action as required by law with respect to any violations of Supervised Release as to Defendant Desmar Akins (ECF No. 43).

Upon referral from District Court Judge K. Michael Moore, the matter was set for status conference for the purpose of scheduling an evidentiary hearing on the violations (ECF No. 44). A status conference was conducted on November 3, 2023 and was attended by counsel for Defendant and for the Government, as well as United States Probation Officer Cheryl Allen. A further hearing was set for the purpose of determining whether an evidentiary hearing would be required on the violations. Before that hearing, Defendant, by and through counsel, filed his Notice of Admission, informing the Court of his intention to admit to the first violation alleged in the Petition; he further represents that the Government will not advance evidence to support the second alleged violation and will be seeking dismissal of that violation (ECF No. 46). Accordingly, no evidentiary hearing is warranted for the determination of probable cause in this matter.

It is the recommendation of the undersigned that the Court set the matter for a final hearing and accept Defendant's admission of guilt of the Supervised Release Violation, Violation No. 1, as charged in the Petition (ECF No. 37).

The parties will have **FOURTEEN (14) DAYS** from the date of service of this Report and Recommendation within which to file written objections, if any, for consideration by the United States District Judge. Failure to timely file objections will bar a *de novo* determination by the District Judge of anything in this recommendation and shall constitute a waiver of a party's "right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions." 11th Cir. R. 3-1 (2016); 28 U.S.C. § 636(b)(1)(C); *see also Harrigan v. Metro-Dade Police Dep't Station #4*, 977 F.3d 1185, 1191–92 (11th Cir. 2020).

**RESPECTFULLY SUBMITTED** in Chambers at Miami, Florida, this 30th day of November, 2023.

_____
LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

cc:   Honorable K. Michael Moore
      Counsel of record